**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

RICHARD SOURS                *
                                             *
                                             *
      v.                                       *       Civil No. – JFM-14-2167
                                             *
ABILITY RECOVERY SERVICES, ET AL.   *
                                           ******

**ORDER**

It is, this 14th day of September 2015

ORDERED that plaintiff be awarded attorney's fees and costs in the amount of $3,229.00

                          __/s/_____
                          J. Frederick Motz
                          United States District Judge